An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRIAN W. CARUSO,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
CYNTHIA DIANNE STEEL, DISTRICT
JUDGE,
Respondents,
and
AMANDA MAIZE,
Real Party in Interest.

No. 66702

**FILED**

NOV 13 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION FOR
## WRIT OF MANDAMUS OR PROHIBITION

This is an original petition for a writ of mandamus or, in the alternative, prohibition challenging a district court order, entered on remand from this court, establishing child custody.

A writ of mandamus is available to compel the performance of an act that the law requires as a duty resulting from an office, trust, or station, or to control an arbitrary or capricious exercise of discretion. NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). This court may issue a writ of prohibition to arrest the proceedings of a district court exercising its judicial functions when such proceedings are in excess of the district court's jurisdiction. *See* NRS 34.320; *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). It is within this court's sole discretion to determine if a writ petition will be considered. *Smith*, 107 Nev. at 677, 818 P.2d at 851. Petitions for extraordinary relief will generally be considered only

when there is no plain, speedy, and adequate remedy at law. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004).

Having considered petitioner's arguments and the documents before this court, we conclude that extraordinary writ relief is not warranted. NRS 34.160; NRS 34.320; *Smith*, 107 Nev. at 677, 818 P.2d at 851; *see also* NRAP 21(b). In particular, petitioner is challenging an order, entered on remand from this court, in which the district court finally established child custody. Because petitioner has a plain, speedy, and adequate legal remedy in the form of an appeal from that order, writ relief is not warranted. *Pan*, 120 Nev. at 224, 88 P.3d at 841 (explaining that an appeal is an adequate legal remedy precluding writ relief); *see also* NRAP 3A(b)(7) (providing that an order finally establishing or modifying child custody is appealable). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc: Hon. Cynthia Dianne Steel, District Judge, Family Court Division
F. Peter James
Sterling Law, LLC
Eighth District Court Clerk